

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00440-CR

William James **BALLESTERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR1780
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: July 31, 2024

DISMISSED FOR LACK OF JURISDICTION

On June 27, 2024, appellant filed a notice of appeal indicating that he wished to challenge "the judgment of conviction and sentence herein rendered against the Defendant." The clerk's record, which was filed on July 3, 2024, does not contain a judgment of conviction or other appealable order. The record does, however, contain an August 24, 2023 order granting the State's motion to dismiss the criminal action in the underlying cause number.[1]

---

[1] The State's motion indicated that the charges that would have been heard in the underlying cause number would be heard in a different cause number.

Generally, a criminal defendant may only appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). "A defendant does not have a right to appeal a dismissal order." *Olvera-Perez v. State*, Nos. 05-21-00833-CR, 05-21-00834-CR, 05-21-00835-CR, 2021 WL 5027859, at *1–2 (Tex. App.—Dallas Oct. 29, 2021, no pet.) (mem. op., not designated for publication). Because the record appeared to show we lacked jurisdiction over this appeal, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

On July 18, 2024, appellant's counsel notified this court by letter that he agreed there is no appealable judgment in the underlying trial court cause number and that he intended to file the notice of appeal in a different cause number. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH